AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ARELI THOMAS,

        Plaintiff,

v.

WEBER STATE UNIVERSITY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:20-cv-00054-TC-DAO

IT IS ORDERED AND ADJUDGED that:

Judgment be entered in favor of the Defendant; all of Plaintiff's causes of action are dismissed.

March 29, 2024

*Date*

BY THE COURT:

_____
U.S. District Judge Tena Campbell